**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2310**

_____

MADE IN THE USA FOUNDATION, INCORPORATED; JOEL
D. JOSEPH,

                                  Plaintiffs - Appellants,

      versus

AMERICA ONLINE, INCORPORATED; STEVEN CASE,

                                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-1072-A)

_____

Submitted:  April 13, 2001          Decided:  April 25, 2001

_____

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joel D. Joseph, Washington, D.C., for Appellants.  Everett C. Johnson, Jr., Michael J. Golden, LATHAM & WATKINS, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Made In the USA Foundation, Inc., and Joel D. Joseph appeal the district court's order dismissing their suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Made in the USA Foundation, Inc. v. America Online, Inc., No. CA-00-1072-A (E.D. Va. filed Aug. 23, 2000; entered Aug. 24, 2000). We deny Appellees' motion for Fed. R. App. P. 38 sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED